

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN CARLOS MALDONADO,<br>Defendant. | ) ) ) ) ) ) ) ) ) | CR NO. 16-152-JAM |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SARA MARTINEZ,<br>Defendant. | ) ) ) ) ) ) ) ) ) | CR NO. 16-162-MCE<br><br>ORDER (proposed) |

      Examination of the above-captioned matters, to wit, (1) case number CR. S-16-152-JAM against Maldonado, and (2) CR. S-16-162-MCE against Martinez, reveals that the actions are related within the meaning of Local Rule 83-123(f). Since the latter action, Cr 16-162 arises from a similar alleged fact pattern, scheme, aiding and abetting actions, and course of criminal conduct, under Local Rule 83-123(f), it shall be related to the earlier action, Cr 16-152. The Court additionally finds that the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. The parties should be aware that relating the cases under Local Rule 83-123(f) merely has the result that the actions are

Motion to Relate Cases and Order (proposed)                       3

1 | assigned to the same judge. No consolidation of the actions is effected.

2 |     IT IS THEREFORE ORDERED that the actions are assigned and related to U.S. District
3 | Court Judge Mendez, for all further proceedings. Henceforth, the caption on documents filed in the
4 | cases shall show the initials "JAM".

5 |     IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the
6 | assignment of criminal cases to compensate for this reassignment.

8 | DATED: 8-25-2016

9 | JOHN A MENDEZ
    U.S. DISTRICT COURT JUDGE

10 | ///

Motion to Relate Cases and Order (proposed)                                      4