John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JUAN CARLOS MALDONADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16 CR 152 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| JUAN CARLOS MALDONADO, | Date:   December 6, 2016 |
| | Time:   9:15 a.m. |
| Defendant. | Judge:  Honorable John A. Mendez |

The United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, together with counsel for defendant Juan Carlos Maldonado, John R. Manning, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on October 4, 2016.

2.  By this stipulation, the defendant now moves to continue the status conference until December 6, 2016 at 9:15 a.m. and to exclude time between October 4, 2016 and December 6, 2016 under Local Code T-4 (to allow defense counsel time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

   a.   The United States has produced 144 pages of discovery, 14 videos, and 2 audio files.

1        b.      Counsel for the defendant needs additional time to review
2              the discovery, conduct investigation, and interview
3              potential witnesses.
4        c.      Counsel for the defendant believes the failure to grant a
5              continuance in this case would deny defense counsel
6              reasonable time necessary for effective preparation, taking
7              into account the exercise of due diligence.
8        d.      The Government does not object to the continuance.
9        e.      Based on the above-stated findings, the ends of justice
10             served by granting the requested continuance outweigh the
11             best interests of the public and the defendant in a speedy
12             trial within the original date prescribed by the Speedy
13             Trial Act.
14       f.      For the purpose of computing time under the Speedy Trial
15             Act, 18 United States Code Section 3161(h)(7)(A) within
16             which trial must commence, the time period of October 4,
17             2016, to December 6, 2016, inclusive, is deemed excludable
18             pursuant to 18 United States Code Section 3161(h)(7)(A) and
19             (B)(iv), corresponding to Local Code T-4  because it
20             results from a continuance granted by the Court at the
21             defendant's request on the basis of the Court's finding
22             that the ends of justice served by taking such action
23             outweigh the best interest of the public and the defendant
24             in a speedy trial.

25

26    4.   Nothing in this stipulation and order shall preclude a finding that
27  other provisions of the Speedy Trial Act dictate that additional time periods
28  are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 27, 2016          /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Juan Carlos Maldonado


Dated:  September 27, 2016          Phillip A. Talbert
                                    Acting United States Attorney

                                    by:/s/  Michelle Rodriguez
                                    Michelle Rodriguez
                                    Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 27th day of September, 2016.

                                    /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE