John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JUAN CARLOS MALDONADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 152 JAM |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| JUAN CARLOS MALDONADO, | ) Date:   January 31, 2017 ) Time:   9:15 a.m. |
| Defendant. | ) Judge:  Honorable John A. Mendez |

  The United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, together with counsel for defendant Juan Carlos Maldonado, John R. Manning, Esq., hereby stipulate the following:

  1. By previous order, this matter was set for status conference on December 6, 2016.

  2. By this stipulation, the defendant now moves to continue the status conference until January 31, 2017 at 9:15 a.m. and to exclude time between December 6, 2016 and January 31, 2017 under Local Code T-4 (to allow defense counsel time to prepare).

  3. The parties agree and stipulate, and request the Court find the following:

   a.   The United States has produced 144 pages of discovery, 14 videos, and 2 audio files.

        b.       Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses.

        c.       Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.       The Government does not object to the continuance.

        e.       Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

        f.       For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of December 6, 2016, to January 31, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 30, 2016                    /s/  John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Juan Carlos Maldonado


Dated:  November 30, 2016                    Phillip A. Talbert
                                             Acting United States Attorney

                                             by:  Michelle Rodriguez
                                             Michelle Rodriguez
                                             Assistant United States Attorney

**ORDER**

   The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

   The Court orders that the time period of December 6, 2016 to January 31, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the December 6, 2016, status conference shall be continued until January 31, 2017, at 9:15 a.m. IT IS SO FOUND AND ORDERED this 30th day of November, 2016.


                                             /s/ John A. Mendez
                                             HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE