John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JUAN CARLOS MALDONADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 152 JAM |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| JUAN CARLOS MALDONADO, | ) Date:   February 14, 2017 ) Time:   9:15 a.m. |
| Defendant. | ) Judge:  Honorable John A. Mendez |

The United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, together with counsel for defendant Juan Carlos Maldonado, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 31, 2017.  On the Courts own order that status conference was reset for February 14, 2017 at 9:15 a.m.

2. By this stipulation, the defendant now moves to exclude time between January 31, 2017 and February 14, 2017 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a.    The United States has produced 144 pages of discovery, 14 videos, and 2 audio files.

1

1          b.      Counsel for the defendant needs additional time to review
2                the discovery, conduct investigation, and interview
3                potential witnesses.
4          c.      Counsel for the defendant believes the failure to grant a
5                continuance in this case would deny defense counsel
6                reasonable time necessary for effective preparation, taking
7                into account the exercise of due diligence.
8          d.      The Government does not object to the continuance.
9          e.      Based on the above-stated findings, the ends of justice
10               served by granting the requested continuance outweigh the
11               best interests of the public and the defendant in a speedy
12               trial within the original date prescribed by the Speedy
13               Trial Act.
14         f.      For the purpose of computing time under the Speedy Trial
15               Act, 18 United States Code Section 3161(h)(7)(A) within
16               which trial must commence, the time period of January 31,
17               2017, to February 14, 2017, inclusive, is deemed excludable
18               pursuant to 18 United States Code Section 3161(h)(7)(A) and
19               (B)(iv), corresponding to Local Code T-4 because it
20               results from a continuance granted by the Court at the
21               defendant's request on the basis of the Court's finding
22               that the ends of justice served by taking such action
23               outweigh the best interest of the public and the defendant
24               in a speedy trial.
25
26     4.  Nothing in this stipulation and order shall preclude a finding that
27 other provisions of the Speedy Trial Act dictate that additional time periods
28 are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 12, 2017                    /s/_____
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Juan Carlos Maldonado


Dated:  January 12, 2047                    Phillip A. Talbert
                                            Acting United States Attorney

                                            by:   /s/  Michelle Rodriguez
                                            Michelle Rodriguez
                                            Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the time period of January 31, 2017 to February 14, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare

IT IS SO FOUND AND ORDERED this 17th day of January, 2017.

                                            /s/ John A. Mendez
                                            HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE