John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JUAN CARLOS MALDONADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 152 JAM |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| JUAN CARLOS MALDONADO, | ) Date:   March 14, 2017 |
| | ) Time:   9:15 a.m. |
| Defendant. | ) Judge:  Honorable John A. Mendez |

The United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, together with counsel for defendant Juan Carlos Maldonado, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on February 14, 2017.

2. By this stipulation, the defendant now moves to continue the status conference until March 14, 2017 at 9:15 a.m. and to exclude time between February 14, 2017 and March 14, 2017 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a.   The United  States has produced 144 pages of discovery, 14 videos, and 2 audio files.

1

1          b.        Counsel for the defendant needs additional time to review
2                    the discovery, conduct investigation, and interview
3                    potential witnesses.
4          c.        Counsel for the defendant believes the failure to grant a
5                    continuance in this case would deny defense counsel
6                    reasonable time necessary for effective preparation, taking
7                    into account the exercise of due diligence.
8          d.        The Government does not object to the continuance.
9          e.        Based on the above-stated findings, the ends of justice
10                   served by granting the requested continuance outweigh the
11                   best interests of the public and the defendant in a speedy
12                   trial within the original date prescribed by the Speedy
13                   Trial Act.
14          f.        For the purpose of computing time under the Speedy Trial
15                   Act, 18 United States Code Section 3161(h)(7)(A) within
16                   which trial must commence, the time period of February 14,
17                   2017, to March 14, 2017, inclusive, is deemed excludable
18                   pursuant to 18 United States Code Section 3161(h)(7)(A) and
19                   (B)(iv), corresponding to Local Code T-4 because it
20                   results from a continuance granted by the Court at the
21                   defendant's request on the basis of the Court's finding
22                   that the ends of justice served by taking such action
23                   outweigh the best interest of the public and the defendant
24                   in a speedy trial.
25
26      4.   Nothing in this stipulation and order shall preclude a finding that
27 other provisions of the Speedy Trial Act dictate that additional time periods
28 are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

```
Dated:  February 9, 2017                /s/  John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Juan Carlos Maldonado


Dated:  February 9, 2017                Phillip A. Talbert
                                        United States Attorney

                                        by:  /s/  Michelle Rodriguez
                                        Michelle Rodriguez
                                        Assistant United States Attorney
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO FOUND AND ORDERED this 9th day of February, 2017.

```
                                        /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE
```